IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JAYLEN-DALAINO BELL,

        Plaintiff,

v.                              CIVIL ACTION NO.  2:25-cv-00132

UNITED STATES DEPARTMENT OF THE
TREASURY, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On March 20, 2025, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations, [ECF No. 8] ("PF&R"), and recommended that the court dismiss this civil action pursuant to 28 U.S.C. § 1915(e)(2), and Plaintiff's application to proceed in forma pauperis, [ECF No. 1], be denied as moot. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DISMISSES** pursuant to 28 U.S.C. § 1915(e)(2) this matter from the docket. Further, Plaintiff's application to proceed in forma pauperis [ECF No. 1] is **DENIED as moot**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:　　March 31, 2025

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE